

Entered on Docket
April 19, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4                    UNITED STATES BANKRUPTCY COURT
                          DISTRICT OF NEVADA

5  IN RE:                              Chapter 13
   OSCAR GUZMAN                        BKS-11-12463-LBR
6
                                       Hearing Date: N/A
7              Debtor                  Hearing Time: N/A

8  **PRO SE DEBTOR**
   **Attorney for Debtor**

9           **EX-PARTE ORDER DISMISSING CHAPTER 13**
            **CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**
10
11     As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

   filed Schedules A through J, Statement of Financial Affairs and Chapter 13 Plan as required within the
12
   forty-five (45) day period, which expired on April 10, 2011.
13
   . . .
14
   . . .
15
   . . .

16

17

18

19

20

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: April 13, 2011
(alr)